FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

2006 MAY -8 PM 3: 14

In re Sprint Corporation ERISA Litigation,        Civil Action No. 03-CV-2202-JWL

CLERK

**OBJECTION TO PROPOSED MANNER AND OR AMOUNT OF
DISTRIBUTION OF AGREED SETTLEMENT**

AT KANSAS CITY, KS

### To: Clerk of U.S. District Court for the District of Kansas
### 500 State Avenue, Kansas City, Kansas

I, Bonnie Faye Johns, 584 Lake Asbury Drive, Green Cove Springs, Florida, 32043, (904) 291-9366, here by plead to be heard and recognized in the case before the court, re In re Sprint Corporation ERISA Litigation, Civil Action No. 03-CV-2202-JWL.

I, Bonnie Faye Johns, a former employee of Sprint/PCS for (9) years, (11) eleven months, (7) days of dedicated service, from 10/26/1992 to 10/02/2002, when Sprint/PCS closed its PCS Call Center in Jacksonville, Florida. Please notice that service was (24) twenty four days short of (10) ten years vested service which would have provided higher retirement benefits while there were junior employees who maintained employment in a "Conferencing Center" located the same building as the PCS Call Center in Jacksonville, Florida.

I, Bonnie Faye Johns, participated in the Sprint/PCS employee **401K** program as described in the documents before the court as well as the **(ESPP) Employee Stock Purchase Plan**, encouraged by Sprint/PCS corporate management, and suffered much loss in both.

I, Bonnie Faye Johns, had gained a height of $24,720.60 in the company match 401K plan on the statement period 01/01/2000 to 03/31/2000, with Sprint FON Stock and Sprint PCS stock comprising $20,945.22 of that total amount. The total amount in the 401K fund diminished to $4,433.69, upon Sprint/PCS termination of my employment 10/02/2002.

I, Bonnie Faye Johns, was forced to sell all stock in the ESPP fund held by brokerage firm Charles Swabb, account this firm served notice stating that the account had fallen below a monetary level in which they would maintain without a substantial maintenance fee. My loss in the ESPP stock alone amounted to over $25,000.

I, Bonnie Faye Johns, have received NOTICE OF CLASS ACTION SETTLEMENT. I have searched and read information provided concerning how payments will be allocated, both in the mentioned notice and the SPRINT CORPORATION ERISA LITIGATION PLAN OF ALLOCATION as provided on-line (www.berdonllp.com/claims).

I, Bonnie Faye Johns, contacted one of Plaintiffs' Co-Lead Counsel's firms to confirm my understanding that distribution and or allocation amount would be the amount

contributed to the "Fund", (by whatever means) from June 2, 1998 to February 13, 2003, or, for Former Participants, on the last day the member was a Participant using the following formula to determine "Net Loss". Net Loss = (A + B-C-D) x E.

1. A= the dollar value, if any, of the total balance in all the Funds, collectively, on the first day of the Class Period, June2, 1998:
2. B= the dollar value, if any, of any investment (through whatever means) made in any fund during the Class Period;
3. C= the dollar value, if any as of the time of any Divestment (through whatever means) from any of the funds during the Class period;
4. D= the dollar value, if any, of the total balance in all of the Funds, collectively, remaining on the last day of the Class Period, February 13, 2003 or, for Former Participants, on the last day the member was a Participant: and
5. E= the percentage of a Participant's combined Employee and Employer Contributions invested in the Funds that was vested as of December 31, 2005 or for Former Participants, on the last day the member was a Participant (i.e., the Participant's total vested contributions in the Funds as set forth above divided by the Participant's total employee and employer contributions in the Funds as set forth above).

I was informed that my understanding was incorrect, that the amount each Participant would receive would be only a portion (possibly only 10 percent) of this "Net Loss".

I understand that the term "Net Loss" is solely the amount that was invested and matched in the "Fund" during this time period.

Using the formula above, my statements reveal that my "Net Loss" to be $9,726.49. This amount derived from Sprint Retirement Savings Plan from 06/30/1998 to 06/30/2001, and any settlement should not be less than the "Net Loss".

My amount of "Net Loss" ($9,726.49) is far from the total 401K loss (20,286.91) as mentioned in paragraph (4) four. To receive only a "portion" of this "Net Loss" would be insulting, demeaning and degrading to me as a dedicated employee of this corporation for almost (10) ten years. I as well as many other loyal employees were guided and convinced that the purchase of Sprint/PCS stock options and the alluring matched funds benefits would be the greatest benefit to our retirement plan. I was mislead to dedicate not only my valuable time, labor and efforts to my company, but to believe in it, and trust it to the end in which I invested much monies into stock and retirement plans trusting on the integrity of my company's leadership to be fair and honest and looking out for the best interest of their employees. For so many employees to be deceived and suffer great loss sets a precedence that Corporations, CEO's, and Executive Corporate officers, have little or nothing to fear as they devise their schemes to build their personal financial wealth at the cost of extorting funds from the retirement plans of their most dedicated and loyal employees. Therefore I feel the Company CEO's need to be held to a higher moral standard.

Thank you for allowing me to have a voice in this court.

Bonnie Faye Johns

*Bonnie Faye Johns*
5-6-06

To:

Robert A. Lzard
William Bernarduci
SCHATZ & NOBEL, P.C.
L.L.P.
One Corporate Center
20 Church Street
Harford, CT 06103

Edwin J Mills
STULL STULL & BRODY
6 East 45th Street
New York, NY 10017

Dennis J Johnson
James F. Conway III
JOHNSON & PERKINSON
P.O. Box 2035
1690 Williston Road
South Burlington, VT 05403

Timothy M. O'Brien
Matthew C Miller
SHOOK, HARDY & BACON
84 Corporate Woods
10801 Mastin, Suite 1000
Overland Park, KS 66210-1671

Charles W. German
ROUSE HENDRICKS GERMAN MAY PC
One Petticoat Lane Bldg.
1010 Walnut Street, Suite 400
Kansas City, MO 64106

Robert N. Eccles
Gary S Tell
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4001