UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS
2006 MAY -8  PM 3: 17
RALPH L. DELOACH
CLERK
BY_____ DEPUTY
AT KANSAS CITY, KS

IN RE SPRINT CORPORATION )
ERISA LITIGATION )
)
) CIVIL ACTION NO.:
)
) 03-CV-2202-JWL
)
_____ )
)
)
)
THIS DOCUMENT RELATES TO: )
)
ALL ACTIONS RE PROPOSED )
CLASS ACTION SETTLEMENT )
_____ )

### NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING SCHEDULED FOR MAY 15, 2006 AT 9:30 A.M.

In accordance with the Notice Of Class Action Settlement, the undersigned jointly give notice that they intend to appear at the fairness hearing scheduled for May 15, 2006, and respectfully request permission to speak through their designated spokesman, Francis J. Morton, Esq.

1. The following individual participants join in this request:

   A. Edward C. McCulloch, present Sprint employee, class member and plan participant, CRS Plan BUE, June 2, 1998 to the present. Address: 1096 Greymouth St., Las Vegas, Nevada 89117. Telephone 702-459-6667

   B. Robert Herrera, present Sprint employee, class member and plan participant, CRS Plan BUE, June 2, 1998 to the present. Address: 10354 Ness Wood Lane, Las Vegas, Nevada 89135. Telephone: 702-457-3011

C. James W. Jarbo, present Sprint employee, class member and plan participant, SRS Plan BUE, June 2, 1998 to the present. Address: 8404 Laurel Lakes Blvd., Naples, FL 34119   Telephone: 239-334-4171

D. Janis L. Fisher, Sprint employee since 1998, class member and plan participant, SRS Plan BUE Address: 1220-5 S.E. 40th Street, Cape Coral, FL 33904-7959. Telephone: 239-334-4171

2. The following locals of the International Brotherhood of Electrical Workers, AFL-CIO, join in this request:

    A. Local Union  396
    B. Local Union  199
    C. Local Union     2
    D. Local Union   20
    E. Local Union  392
    F. Local Union  688
    G. Local Union  723
    H. Local Union  827
    I. Local Union  843
    J. Local Union 1181
    K. Local Union  1496
    L. Local Union  1649
    M. Local Union  1912
    N. Local Union  1996
    O. Local Union 1537

The addresses of each local are set forth in Exhibit A hereto. They may be reached telephonically through their spokesman, Francis J. Morton, Esq., at 702-860-3160.

3. The individual participants and labor unions named herein designate Francis J. Morton, Esq., 702-457-3011 (O), 702-860-3160 (private cellular), C/O IBEW LOCAL 396, 3520 Boulder Highway, Las Vegas, Nevada 89120, as their spokesman with respect to the matters set forth herein and authorize him to appear and speak on their behalf at the

………

………

2

fairness hearing and in all matters pertaining hereto and to the proposed settlement.

Respectfully submitted,

Janis Fisher						James Jarbo

_____			_____

Date: _____			Date: _____


Edward McCulloch					Robert Herrera

*Edward McCulloch*					*[signature]*

Date:  5-5-06						Date:  5-5-06


Local Union 396  *[signature]*					Date: 5-5-06

Local Union 199  _____		Date: _____

Local Union   2  _____		Date: _____

Local Union  20  _____		Date: _____

Local Union 392  _____		Date: _____

Local Union 688  _____		Date: _____

Local Union 723  _____		Date: _____

Local Union 827  _____		Date: _____

Local Union 843  *Frank Mota*				Date: 5-5-06

Local Union 1181 _____		Date: _____

3

| | | |
|---|---|---|
| Local Union 1496 | _____ | Date: _____ |
| Local Union 1649 | _____/s/ Hurl Martin_____ | Date: 5/5/06 |
| Local Union 1912 | _____ | Date: _____ |
| Local Union 1996 | _____ | Date: _____ |
| Local Union 1537 | _____ | Date: _____ |

## CERTIFICATE OF MAILING

The undersigned certifies that on the 5th day of May, 2006, he/she mailed a copy of this Notice of Intention to Appear at Fairness Hearing by first class United States mail, postage prepaid, to the following:

Robert A. Izard
William Bernarduci
Schatz & Nobel, PC
One Corporate Center
20 Church Street
Hartford, CT 06103

Edwin J. Mills
Stull, Stull & Brody
6 East 45th Street
New York, NY 10017

Dennis J. Johnson
James F. Conway, III
Johnson & Perkinson
P.O. Box 2035
1690 Williston Road
South Burlington, VT 05403

Timothy M. O'Brien
Matthew C. Miller
Shook, Hardy & Bacon LLP
84 Corporate Woods
10801 Mastin, Suite 1000
Overland Park, KS 66210-1671

Charles W. German
Rouse, Hendricks, German, May PC
One Petticoat Lane Bldg.
1010 Walnut Street, Suite 400
Kansas City, MO 64106

Robert N. Eccles
Gary S. Tell
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006-4001

Clerk of the United States District Court for the District of Kansas
500 State Avenue
Kansas City, Kansas

Dated: 5-5-06          _____/s/_____