EXHIBIT A

IBEW LOCAL #2
2131 59TH STREET
ST. LOUIS, MO 63110

IBEW LOCAL #20
7940 NORTHAVEN RD.
SUITE 1
DALLAS, TX 75230

IBEW LOCAL #199
2141 JACKSON ST.
FORT MYERS, FL 33901

IBEW LOCAL #392
7785 STATE ROUTE 571
GREENVILLE, OH 45331

IBEW LOCAL #396
3520 BOULDER HWY
LAS VEGAS, NV 89121

IBEW LOCAL #688
67 S. WALNUT ST
MANSFIELD, OH 44902

IBEW LOCAL #723
5401 KEYSTONE DR.
FORT WAYNE, IN 46825

IBEW LOCAL #827
ONE MAPLE AVE
SUITE 2C
NETCONG, NJ 07857

IBEW LOCAL #843
P.O. BOX 121
SCOTTSBLUFF, NE 69363

IBEW LOCAL #1181
P.O. BOX 963
CHARLOTTESVILLE, VA 22902

IBEW LOCAL #1496
96 OAKHILL AVENUE
FORT WALTON BEACH, FL 32547

IBEW LOCAL #1537
P.O. BOX 1882
WINSTON-SALEM, NC 27204

IBEW LOCAL #1649
P.O. BOX 258
HAMPTON, SC 29924

IBEW LOCAL #1912
51 MOORE STREET
SILER CITY, NC 27344

IBEW LOCAL #1996
P.O. BOX 47
WARREN, OH 44482

fairness hearing and in all matters pertaining hereto and to the proposed settlement.

Respectfully submitted,

Janis Fisher

*/s/ Janis Fisher*
Date: 5-5-06

James Jarbo

*/s/ James Jarbo*
Date: 5/5/06

Edward McCulloch

Date: _____

Robert Herrera

Date: _____

| | | |
|---|---|---|
| Local Union 396 | | Date: _____ |
| Local Union 199 | */s/ Paul McC...* | Date: 5-15-06 |
| Local Union 2 | _____ | Date: _____ |
| Local Union 20 | _____ | Date: _____ |
| Local Union 392 | _____ | Date: _____ |
| Local Union 688 | _____ | Date: _____ |
| Local Union 723 | _____ | Date: _____ |
| Local Union 827 | _____ | Date: _____ |
| Local Union 843 | _____ | Date: _____ |
| Local Union 1181 | _____ | Date: _____ |

3

Janis Fisher                                James Jarbo

_____                         _____

Date: _____                       Date: _____


Edward McCulloch                            Robert Herrera

_____                         _____

Date: _____                       Date: _____


| | | |
|---|---|---|
| Local Union 396 | _____ | Date: _____ |
| Local Union 199 | _____ | Date: _____ |
| Local Union 2 | _TD E. Pt_ | Date: 5-4-06 |
| Local Union 20 | _____ | Date: _____ |
| Local Union 392 | _____ | Date: _____ |
| Local Union 688 | _____ | Date: _____ |
| Local Union 723 | _____ | Date: _____ |
| Local Union 827 | _____ | Date: _____ |
| Local Union 843 | _____ | Date: _____ |
| Local Union 1181 | _____ | Date: _____ |
| Local Union 1496 | _____ | Date: _____ |
| Local Union 1649 | _____ | Date: _____ |
| Local Union 1912 | _____ | Date: _____ |

3

Respectfully submitted,

Janis Fisher                                          James Jarbo

_____                           _____

Date: _____                                 Date: _____


Edward McCulloch                                      Robert Herrera

_____                           _____

Date: _____                                 Date: _____


Local Union  396   _____   Date: _____
Local Union  199   _____   Date: _____
Local Union   2    _____   Date: _____
Local Union  20    James "Goobie" Morris          Date: 5 May 06
Local Union  392   _____   Date: _____
Local Union  688   _____   Date: _____
Local Union  723   _____   Date: _____
Local Union  827   _____   Date: _____
Local Union  843   _____   Date: _____
Local Union 1181   _____   Date: _____
Local Union 1496   _____   Date: _____


3

Janis Fisher

_____

Date: _____

James Jarbo

_____

Date: _____

Edward McCulloch

_____

Date: _____

Robert Herrera

_____

Date: _____

| | | |
|---|---|---|
| Local Union 396 | _____ | Date: _____ |
| Local Union 199 | _____ | Date: _____ |
| Local Union 2 | _____ | Date: _____ |
| Local Union 20 | _____ | Date: _____ |
| Local Union 392 | _Greg Price_ | Date: 5-4-06 |
| Local Union 688 | _____ | Date: _____ |
| Local Union 723 | _____ | Date: _____ |
| Local Union 827 | _____ | Date: _____ |
| Local Union 843 | _____ | Date: _____ |
| Local Union 1181 | _____ | Date: _____ |
| Local Union 1496 | _____ | Date: _____ |
| Local Union 1649 | _____ | Date: _____ |
| Local Union 1912 | _____ | Date: _____ |

3

Janis Fisher

_____
Date: _____

James Jarbo

_____
Date: _____

Edward McCulloch

_____
Date: _____

Robert Herrera

_____
Date: _____

| | | |
|---|---|---|
| Local Union 396 | _____ | Date: _____ |
| Local Union 199 | _____ | Date: _____ |
| Local Union 2 | _____ | Date: _____ |
| Local Union 20 | _____ | Date: _____ |
| Local Union 392 | _____ | Date: _____ |
| Local Union 688 | _____ | Date: _____ |
| Local Union 723 | *Ronald M Bame* | Date: 5/5/06 |
| Local Union 827 | _____ | Date: _____ |
| Local Union 843 | _____ | Date: _____ |
| Local Union 1181 | _____ | Date: _____ |
| Local Union 1496 | _____ | Date: _____ |

3

| | | |
|---|---|---|
| Local Union 1649 | _____ | Date: _____ |
| Local Union 1912 | _____ | Date: _____ |

Janis Fisher

_____

Date: _____

James Jarbo

_____

Date: _____

Edward McCulloch

_____

Date: _____

Robert Herrera

_____

Date: _____

| | | |
|---|---|---|
| Local Union 396 | _____ | Date: _____ |
| Local Union 199 | _____ | Date: _____ |
| Local Union 2 | _____ | Date: _____ |
| Local Union 20 | _____ | Date: _____ |
| Local Union 392 | _____ | Date: _____ |
| Local Union 688 | _____ | Date: _____ |
| Local Union 723 | _____ | Date: _____ |
| Local Union 827 | [signature] | Date: 5/4/06 |
| Local Union 843 | _____ | Date: _____ |
| Local Union 1181 | _____ | Date: _____ |
| Local Union 1496 | _____ | Date: _____ |
| Local Union 1649 | _____ | Date: _____ |
| Local Union 1912 | _____ | Date: _____ |

3

Janis Fisher

Date: _____

James Jarbo

Date: _____

Edward McCulloch

Date: _____

Robert Herrera

Date: _____

Local Union  396  _____    Date: _____

Local Union  199  _____    Date: _____

Local Union    2  _____    Date: _____

Local Union   20  _____    Date: _____

Local Union  392  _____    Date: _____

Local Union  688  _____    Date: _____

Local Union  723  _____    Date: _____

Local Union  827  _____    Date: _____

Local Union  843  _____    Date: _____

Local Union 1181  _Michael S. Spencer_    Date: 04/04/06

Local Union 1496  _____    Date: _____

3

Local Union 1649  _____    Date: _____

Local Union 1912  _____    Date: _____

Janis Fisher                                James Jarbo

_____                 _____

Date: _____                   Date: _____

Edward McCulloch                            Robert Herrera

_____                 _____

Date: _____                   Date: _____

Local Union  396    _____     Date: _____
Local Union  199    _____     Date: _____
Local Union    2    _____     Date: _____
Local Union   20    _____     Date: _____
Local Union  392    _____     Date: _____
Local Union  688    _____     Date: _____
Local Union  723    _____     Date: _____
Local Union  827    _____     Date: _____
Local Union  843    _____     Date: _____
Local Union 1181    _____     Date: _____
Local Union 1496    *Addie Johnson President*    Date: *May 3, 2006*

3

Local Union 1649    _____     Date: _____
Local Union 1912    _____     Date: _____

Janis Fisher                                James Jarbo

_____                     _____
Date: _____                       Date: _____


Edward McCulloch                            Robert Herrera

_____                     _____
Date: _____                       Date: _____


Local Union  396    _____    Date: _____
Local Union  199    _____    Date: _____
Local Union   2     _____    Date: _____
Local Union  20     _____    Date: _____
Local Union  392    _____    Date: _____
Local Union  688    _____    Date: _____
Local Union  723    _____    Date: _____
Local Union  827    _____    Date: _____
Local Union  843    _____    Date: _____
Local Union 1181    _____    Date: _____
Local Union 1496    _____    Date: _____
Local Union 1537    *Jay H. Harris Jr*         Date: 05-04-06
Local Union 1649    _____    Date: _____

3

Janis Fisher                                           James Jarbo

_____                                 _____

Date: _____                                   Date: _____


Edward McCulloch                                       Robert Herrera

_____                                 _____

Date: _____                                   Date: _____


Local Union  396    _____             Date: _____

Local Union  199    _____             Date: _____

Local Union    2    _____             Date: _____

Local Union   20    _____             Date: _____

Local Union  392    _____             Date: _____

Local Union  688    _____             Date: _____

Local Union  723    _____             Date: _____

Local Union  827    _____             Date: _____

Local Union  843    _____             Date: _____

Local Union 1181    _____             Date: _____

Local Union 1496    _____             Date: _____

3

Local Union 1649    _____             Date: _____

Local Union 1912    *Thomas R. Holder*                 Date: 05/04/06

| | | | |
|---|---|---|---|
| Local Union 1181 | _____ | Date: | _____ |
| Local Union 1496 | _____ | Date: | _____ |
| Local Union 1649 | _____ | Date: | _____ |
| Local Union 1912 | _____ | Date: | _____ |
| Local Union 1996 | *[signature]* | Date: | 05/04/06 |

## CERTIFICATE OF MAILING

The undersigned certifies that on the 5th day of May, 2006, he caused a copy of this Notice of Intention to Appear at Fairness Hearing in the United States mail, postage prepaid, by first class mail, to the following:

Robert A. Izard
William Bernarduci

Schatz & Nobel, PC
One Corporate Center
20 Church Street
Hartford, CT 06103

Edwin J. Mills
Stull, Stull & Brody

6 East 45th Street
New York, NY 10017

Dennis J. Johnson
James F. Conway, III
Johnson & Perkinson
P.O. Box 2035
1690 Williston Road
South Burlington, VT 05403

Timothy M. O'Brien
Matthew C. Miller
Shook, Hardy & Bacon LLP
84 Corporate Woods
10801 Mastin, Suite 1000
Overland Park, KS 66210-1671

Charles W. German
Rouse, Hendricks, German, May PC
One Petticoat Lane Bldg.
1010 Walnut Street, Suite 400
Kansas City, MO 64106

Robert N. Eccles
Gary S. Tell
O'Melveny & Myers LLP
1625 Eye Street NW
Washington, DC 20006-4001

Clerk of the United States District Court for the District of Kansas
500 State Avenue

**TO:**     Whom It May Concern

**FROM:**   Jerry Jarrell, Executive Board Chairman, Local 1649   *Jerry Jarrell*

**RE:**     Authority to Sign

**DATE:**   May 5, 2006

On behalf of Local 1649, Beaufort, South Carolina, working on the properties of Sprint, I hereby give Frank Morton authority to sign any proper documents related to Sprint Retirement Savings Plan.